ERIC RICHARDSON

VERSUS

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

NO. 24-KH-529

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

November 18, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** ERIC RICHARDSON

---

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JUNE B. DARENSBURG, DIVISION "C", NUMBER 16-6969

---

Panel composed of Judges Susan M. Chehardy,
Stephen J. Windhorst, and Timothy S. Marcel

**WRIT DENIED**

Relator, Eric Richardson, seeks mandamus relief from this Court that would order the 24th Judicial District Court to rule on his Motion Requesting a Rehearing and/or Reconsideration of Judgment and Notice of Intent to Seek Writs. For the following reasons, we deny mandamus relief.

In his request for mandamus relief, relator contends he filed his motion and notice of intent in the district court on February 19, 2024, following the district court's February 1, 2024 ruling denying his Motion Alleging Lack of Subject Matter Jurisdiction of an Illegal Habitual Offender Sentence. However, review of the official record does not show that relator's Motion Requesting a Rehearing and/or Reconsideration of Judgment and Notice of Intent to Seek Writs was filed in the district court on February 19, 2024, or any date thereafter with respect to the district court's February 1, 2024 ruling. In support of his claim of filing, relator submitted unstamped copies of his motion and notice of intent in his request for mandamus relief.  However, unstamped copies are insufficient proof of filing. In addition, relator has failed to provide any proof of the mailing of his motion, *i.e.,* receipt from the prison mailing system.

On the showing made, we are unable to verify relator's assertion that he filed the motion and notice of intent with the district court. In the absence of proof of filing, we are unable to grant mandamus relief.

Accordingly, the writ application is denied.

Gretna, Louisiana, this 18th day of November, 2024.

**TSM**
**SMC**
**SJW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/18/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-529**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable June B. Darensburg (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Eric Richardson #125418 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426